**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-00310-HDM-PAL |
| | ) | 2:12-cv-00851-HDM |
| Plaintiff/Respondent, | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSEPH HALL, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |

The government shall file a response to the defendant's 28 U.S.C. § 2255 motion on or before October 9, 2012.

**IT IS SO ORDERED.**

DATED: This 9th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE