**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-00310-HDM-PAL |
| | ) | 2:12-cv-00851-HDM |
| Plaintiff/Respondent, | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSEPH HALL, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |

Defendant's "motion to strike the government's opposition for good cause" (#264) is **DENIED**.

**IT IS SO ORDERED.**

DATED: This 15th day of April, 2013.

_/s/ Howard D. McKibben_
UNITED STATES DISTRICT JUDGE