**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiff/Respondent,   )<br>vs.                                )<br>                                   )<br>JOSEPH HALL,                       )<br>                                   )<br>          Defendant/Petitioner.   )<br>_____) | 2:06-cr-00310-HDM-PAL<br>2:12-cv-00851-HDM<br><br><br>ORDER |

   Defendant's motion to correct the order of the pages in his reply (#267) is **GRANTED**.  The pages currently marked and filed in document #264 as pages 45-54 should follow page 22 and therefore consist of pages 23-32.  The pages currently marked and filed in document #264 as pages 23-44 should follow renumbered page 32 and therefore consist of pages 33-54.

   **IT IS SO ORDERED**.

   DATED: This 15th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE