1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

12  UNITED STATES OF AMERICA,      )      2:06-cr-00310-HDM-PAL
                                   )      2:12-cv-00851-HDM
13            Plaintiff/Respondent,)
                                   )
14  vs.                            )      ORDER
                                   )
15  JOSEPH HALL,                   )
                                   )
16            Defendant/Petitioner.)
    _____)
17

18       Defendant has filed a motion to amend or supplement his 28

19  U.S.C. § 2255 petition (#278).  The government has not opposed the

    motion. (*See* Doc. #281).  Defendant's motion (#278) is **GRANTED.**
20
    The "Traverse to Government's Opposition to Claim of Ineffective
21
    Assistance of Counsel" (#280) is a properly filed supplement to
22
    defendant's petition, and the government shall have to and
23
    including August 12, 2013, within which to file any response to
24
    such.
25
         DATED: This 10th day of July, 2013.
26

27

    _____
28                                 UNITED STATES DISTRICT JUDGE