UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH HALL,<br><br>Defendant. | Case No. 2:06-cr-00310-HDM-PAL-1<br><br>ORDER |

Defendant's "Motion Requesting a Court Appointed Investigator under the Criminal Justice Act" (ECF No. 298) and defendant's "Motion for Judicial Notice Federal Rules of Evidence-201" (ECF No. 299) are DENIED.

IT IS SO ORDERED.

DATED THIS 3rd day of August, 2018

_____
HOWARD D. MCKIBBEN,
UNITED STATES DISTRICT JUDGE