UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br>JOSEPH HALL,<br><br>　　　　Defendant. | Case No. 2:06-cr-00310-HDM-PAL<br><br>ORDER |

Defendant Joseph Hall has filed a motion for sentence reduction (ECF No. 305) and appointed counsel has filed a supplement to that motion (ECF No. 316). The government shall file a response to Hall's motion (ECF Nos. 305 & 316) no later than February 6, 2020. Hall thereafter will have until February 20, 2020, to file any reply.

IT IS SO ORDERED.

DATED: This 7th day of January, 2020.



_____
UNITED STATES DISTRICT JUDGE